# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY ARONSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GANNETT CO., INC., a Delaware corporation with its principal place of business in Virginia, LDC DISTRIBUTION, LLC, a California limited liability company, LOUIS COX, an individual, and DOES 1 to 100, inclusive<br><br>Defendants. | Case No. 5:19-cv-00996-AG-JEM<br><br>**ORDER GRANTING STIPULATION TO ENTER A PROTECTIVE ORDER** |

1 | The Court has considered the Stipulation To Enter A Protective Order, which was
2 | filed by Plaintiff Vicky Aronson and Defendants Gannett Publishing Services, LLC
3 | (erroneously sued as Gannett Co., Inc.); LDC Distribution, LLC; and Louis Cox.

**IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**.

The Exhibit 1 protective order attached to the stipulation will be executed by the Court and entered in this action.

**IT IS SO ORDERED**.

DATED: __February 3__, 2020

_____
Hon. John E. McDermott
U.S. MAGISTRATE JUDGE