**SEYFARTH SHAW LLP**
Camille A. Olson (SBN 111919)
colson@seyfarth.com
Richard B. Lapp (SBN 271052)
rlapp@seyfarth.com
Bethany A. Pelliconi (SBN 182920)
bpelliconi@seyfarth.com
Paul J. Leaf (SBN 261949)
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
GANNETT PUBLISHING SERVICES, LLC
(erroneously sued as Gannett Co., Inc.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY ARONSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GANNETT CO., INC., a Delaware corporation with its principal place of business in Virginia, LDC DISTRIBUTION, LLC, a California limited liability company, LOUIS COX, an individual, and DOES 1 to 100, inclusive<br><br>    Defendants. | Case No. 5:19-cv-00996-PSG-JEM<br><br>Hon. Philip S. Gutierrez<br><br>**NOTICE OF SETTLEMENT OF THE ENTIRE ACTION** |

Defendant Gannett Publishing Services, LLC ("Gannett") (erroneously sued as Gannett Co., Inc.) hereby informs the Court that on August 31, 2021, the parties settled this entire action. After a full-day mediation that day with experienced employment class action mediator Mark Rudy, the parties signed a binding memorandum of understanding to settle all claims in this action. On October 19, 2021, pursuant to the settlement, Plaintiff Vicky Aronson dismissed her appeal of the Court's order denying class certification in this case. The parties are now working on a long form settlement agreement. Once that agreement is executed, the parties will seek a preliminary approval hearing with the Court.

Dated: November 4, 2021

Respectfully submitted,

/s/ Paul J. Leaf
Camille A. Olson
Richard B. Lapp
Bethany A. Pelliconi
Paul J. Leaf
Counsel for Defendant
GANNETT PUBLISHING SERVICES, LLC (erroneously sued as Gannett Co., Inc.)