**POTTER HANDY, LLP**
Mark D. Potter (SBN 166317)
mark@potterhandy.com
James M. Treglio (SBN 228077)
jimt@potterhandy.com
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Telephone: (858) 375-7385

Attorneys for Plaintiff and
all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY ARONSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GANNETT CO., INC., a Delaware corporation with its principal place of business in Virginia, LDC DISTRIBUTION, LLC, a California limited liability company, LOUIS COX, an individual, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 5:19-CV-00996-PSG-JEM<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing Date: April 22, 2022<br>Hearing Time: 1:30 p.m.<br><br>Courtroom: 6A<br>Judge: Hon. Philip S. Gutierrez |

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on April 22, 2022, at 1:30 p.m. in the United States District Court for the Central District of California, located at the First Street Courthouse, 350 West 1st Street, 6th Floor, Los Angeles, California 90012, in Courtroom 6A, before the Honorable Philip S. Gutierrez, Plaintiff Vicky Aronson ("Plaintiff") will move for preliminary approval of the proposed class settlement. This motion is unopposed as based on the Stipulation of Class Action Settlement (the "Settlement Agreement") between the Parties filed concurrently with this motion. The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of James M. Treglio and exhibits thereto, the argument of counsel and upon such other material contained in the file and pleadings of this action.

Respectfully submitted,

Dated: March 18, 2022         POTTER HANDY, LLP

By:  /s/James M. Treglio
     Mark D. Potter
     James M. Treglio
Attorneys for Plaintiff and all others similarly situated

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Potter Handy, LLP, 100 Pine Street, Suite 1250, San Francisco, CA 94111 email address: JimT@potterhandy.com. On March 18, 2022, I served a copy of the foregoing document(s) described as:

(1) **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

(2) **PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

(3) **DECLARATION OF JAMES M. TREGLIO, ESQ., IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

By electronically serving the document(s) described above via United States District Court Electronic Case Filing website (CM/ECF notification system) on the recipients designated on the electronic service list that is located on the Pacer website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    /s/James M. Treglio

James M. Treglio, Esq.