FILED
CLERK, U.S. DISTRICT COURT
6/15/23
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

link 82

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY ARONSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>GANNETT CO., INC., a Delaware corporation with its principal place of business in Virginia, LDC DISTRIBUTION, LLC, a California limited liability company, LOUIS COX, an individual, and DOES 1 to 100, inclusive,<br><br>　　　　　　　Defendants. | CASE NO: 5:19-CV-00996-PSG-JEM<br><br>Hon. Philip S. Gutierrez<br><br>**[PROPOSED] JUDGMENT RE: APPROVAL OF PAGA SETTLEMENT**<br><br>Courtroom: 6A |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. **Definitions**. This Judgment incorporates by reference the definitions in the Joint Stipulation of Settlement and Release of Claims ("Settlement Agreement" or "Agreement"), lasted signed on January 10, 2023. All capitalized terms used, but not defined herein, shall have the same meaning as in the Agreement.

2. **Jurisdiction**. This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all Aggrieved Individuals. Venue in this Court is proper.

3. **Denial Of Class Certification.** On May 29, 2020, the Court denied class certification on all claims. On June 13, 2022, the Court denied Plaintiff's motion seeking preliminary approval of a class action settlement. Pursuant to Plaintiff's request, all of her petitions and appeals of any orders denying class certification have been dismissed with prejudice. Thus, the Court's order denying class certification is final.

4. **Dismissal Of Entire Action.** Final Judgment is hereby entered in the Action, including with respect to the Released Claims of all Aggrieved Individuals, and each of their respective executors, administrators, representatives, agents, heirs, successors, assigns, trustees, spouses, or guardians. All claims in the Action, including the Released Claims, are hereby dismissed in their entirety with prejudice with each side to bear its own costs and attorneys' fees, except as provided by the Settlement and the Court's orders.

5. **Entry Of Final Judgment.** Entry by the Clerk of the Court of this Order and Final Judgment is hereby directed.

1  **IT IS SO ORDERED.**

3  Dated: 6/15/23

    _____
    Hon. Philip S. Gutierrez